United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 20, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-50318
Conference Calendar

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

ARTURO ACEVEDO-QUINTERO,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:05-CR-635-6
--------------------

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM:*

     The attorney appointed to represent Arturo Acevedo-Quintero has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Acevedo-Quintero has filed a response. Our independent review of the record, counsel's brief, and Acevedo-Quintero's response demonstrates that there is no nonfrivolous issue for appeal. The record is insufficiently developed to allow consideration at this time of Acevedo-Quintero's claims of ineffective assistance of counsel. See United States v. Cantwell, 470 F.3d 1087, 1091

---

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(5th Cir. 2006).  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.